# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1639
L.T. Case No. 2025-SC-003024

_____

JAMES L. SUGAR,

Appellant,

v.

KATHRYNE ROSSITER a/k/a
KATHRYNE CHRISTIE,

Appellee.

_____

On appeal from the County Court for Duval County,
James G. T. Nealis, IV, Judge.

James L. Sugar, Jacksonville, pro se.

No Appearance for Appellee.

September 22, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

LAMBERT, EDWARDS, and BOATWRIGHT, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---